United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 15-18611-RBR
Davetta Dewayne Smith                                               Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0          User: weldonm              Page 1 of 1                  Date Rcvd: Jun 04, 2015
                              Form ID: pdf008            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2015.
db            #+Davetta Dewayne Smith,    1691 NW 107 LN,    Plantation, FL 33322-6439
smg            +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg             Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallahassee, FL  32314-6668
92995308       +Bank Of America,    100 North Tryon St,    Charlotte, NC 28255-0001
93008941       +Fountain Spring II Homeowners Association, Inc.,    c/o Kaye Bender Rembaum, P.L.,
                 1200 Park Central Blvd South,    Pompano Beach, Fl 33064-2215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Fountain Spring II Homeowners Association, Inc.,    c/o Kaye Bender Rembaum, P.L.,
                 1200 Park Central Blvd South,    Pompano Beach, FL 33064-2215
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2015 at the address(es) listed below:
              Deborah S. Sugarman, Esq.    on behalf of Creditor    Fountain Spring II Homeowners Association,
               Inc. dsugarman@kayebenderlaw.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
              Samantha Carr     on behalf of Creditor    Bank of America, N.A. sacarr@logs.com,
               electronicbankruptcynotices@logs.com
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Davetta D. Smith   JOINT DEBTOR: _____   CASE NO.: 15-18611-RBR
Last Four Digits of SS# 6461   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $5347.70 for months  1  to 60 ;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __0__  TOTAL PAID $ _____
    Balance Due   $_____   payable $ -____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America         Arrearage on Petition Date  $ 105,693.
Address: 100 North Tryon Street   Arrears Payment  $ 1761.55 /month (Months  1  to 60 )
Charlotte, NC 28255              Regular Payment  $ 3100  /month (Months  1  to 60 )
Account No: 172695372

2. _____   Arrearage on Petition Date  $_____
Address: _____     Arrears Payment  $_____ /month (Months _____ to _____)
_____        Regular Payment  $_____ /month (Months _____ to _____)
Account No: _____

3. _____   Arrearage on Petition Date  $_____
Address: _____     Arrears Payment  $_____ /month (Months _____ to _____)
_____        Regular Payment  $_____ /month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
   Payable   $_____/month (Months____ to ____) Regular Payment $_____
2. _____  Total Due $_____
   Payable   $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months_____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor
Date: 5/27/15

_____
Joint Debtor
Date: _____

U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

JUN - 3 2015

FILED_____ RECEIVED_____

LF-31 (rev. 01/08/10)