UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                 Chapter 13
                                                                       Case No. 15-18611-RBR

Davetta Dewayne Smith

    Debtor.                                              /

_____

**SECURED CREDITOR'S OBJECTION
TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

**COMES NOW**, Secured Creditor, Bank of America, N.A., by and through its undersigned attorney, and hereby files its objection to Debtor's proposed Chapter 13 plan and in support, states as follows:

1. The claims bar date in the instant case is October 19, 2015.

2. Bank of America, N.A. is in the process of preparing and filing a proof of claim and estimates that the arrears will be $214,944.23.

3. Debtor's proposed Chapter 13 Plan (DE#15) proposes to pay Bank of America, N.A. arrears in the amount of $105,693.00 and regular monthly payments in the amount of $3,100.00.

4. Secured Creditor, Bank of America, N.A., objects to Debtor's proposed Chapter 13 plan due to the fact that it fails to provide for full repayment of Secured Creditor's first mortgage arrearages and regular monthly mortgage payments through Debtor's proposed Chapter 13 plan.

**WHEREFORE**, Secured Creditor, Bank of America, N.A. prays that this Honorable Court deny confirmation of Debtor's proposed Chapter 13 plan or for any other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in Compliance with additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail and/or via CM/ECF electronic filing this 18th day of June, 2015, to the following:

Davetta Dewayne Smith, PRO SE, 1691 Northwest 107th Lane, Plantation, FL 33322
Robin R. Weiner, POB 559007, Fort Lauderdale, FL 33355
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

    /s/Samantha Carr
Samantha Carr
FL Bar # 74137
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, Florida 33431
Telephone: 561-542-7621
Fax: (561) 998-6707
E-mail: sacarr@logs.com

10-212717